U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 23 2020
CLERK, U.S. DISTRICT COURT
By _____
      Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> GREGORIO FERNANDO LOPEZ-MARTINEZ, <br> Defendant. | 2:20-CR-69-Z-BR-(1) |

## ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

On October 7, 2020, the United States Magistrate Judge issued a Report and Recommendation Concerning Plea of Guilty ("Report and Recommendation") in the above referenced cause. Defendant Gregorio Fernando Lopez-Martinez filed no objections to the Report and Recommendation within the fourteen-day period set forth in 28 U.S.C. § 636(b)(1). The Court independently examined all relevant matters of record in the above referenced cause—including the elements of the offense, Factual Resume, Plea Agreement, and Plea Agreement Supplement—and thereby determined that the Report and Recommendation is correct. Therefore, the Report and Recommendation is hereby ADOPTED by the United States District Court. Accordingly, the Court hereby FINDS that the guilty plea of Defendant Gregorio Fernando Lopez-Martinez was knowingly and voluntarily entered; ACCEPTS the guilty plea of Defendant Gregorio Fernando Lopez-Martinez; and ADJUDGES Defendant Gregorio Fernando Lopez-Martinez guilty of Count Two in violation of 18 U.S.C. § 1546(b)(2). Sentence will be imposed in accordance with the Court's sentencing scheduling order.

**SO ORDERED,** October 23, 2020.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE